IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 21- |
| v. | : | DATE FILED: January 21, 2021 |
| NICHOLAS MARRERO<br>    a/k/a "Marcus Rivera" | : | VIOLATION:<br>18 U.S.C. § 922(g)(1) |
| | : | (possession of a firearm by a felon - 1 count) |
| | : | Notice of forfeiture |

## INDICTMENT

## COUNT ONE

**THE GRAND JURY CHARGES THAT:**

On or about September 6, 2019, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**NICHOLAS MARRERO,**
a/k/a "Marcus Rivera,"

knowing he had previously been convicted in a court of the Commonwealth of Pennsylvania of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, that is, a SCCY, Model CPX2, 9mm semi-automatic pistol, bearing serial number 662121, loaded with 12 live rounds of 9mm ammunition, and the firearm was in and affecting interstate commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

## NOTICE OF FORFEITURE

THE GRAND JURY FURTHER CHARGES THAT:

As a result of the violation of Title 18, United States Code, Section 922(g)(1), set forth in this indictment, defendant

**NICHOLAS MARRERO**
a/k/a "Marcus Rivera"

shall forfeit to the United States of America, the firearm and ammunition involved in the commission of this offense, including, but not limited to:

1. a SCCY, Model CPX2, 9mm semi-automatic pistol, bearing serial number 662121, and

2. 12 live rounds of 9mm ammunition.

All pursuant to Title 28, United States Code, Section 2461(c), and Title 18, United States Code, Section 924(d).

A TRUE BILL:

_____
FOREPERSON

_____
WILLIAM M. McSWAIN
United States Attorney